# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN R. THOMPSON,            )  | |
|                                                              ) | |
|         Plaintiff,                              ) | |
|                                                              ) | |
| VS.                                                    )  | CIVIL ACTION NO. 1:15-cv-04258 |
|                                                              ) | AT |
|                                                              ) | |
|                                                              ) | JURY DEMANDED |
| ACCELERATED COURIER, INC.,  ) | |
|                                                              ) | |
|         Defendant.                            ) | |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court upon the parties' Joint Motion To Approve Settlement Agreement. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3.    This cause is hereby **DISMISSED** with prejudice, with each party to bear it costs and fees.

**SO ORDERED** this 28th day of January, 2016.

_____
Amy Totenberg
United States District Judge